UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------------------------- x

REBECCA FAY WALSH,

       Plaintiff,

   - against -

TOWNSQUARE MEDIA, INC.,

       Defendant.

------------------------------------------------------------------------------- x

  Docket No. 1:19-cv-4958-VSB

## DECLARATION OF RACHEL F. STROM

  I, Rachel F. Strom, declare as follows:

  1.  I am a partner at Davis Wright Tremaine LLP, counsel to Townsquare Media, Inc. ("Townsquare"), the defendant in this action. I submit this declaration in support of Townsquare's Motion for Judgment of the Pleadings pursuant to Fed. R. Civ. P. 12(c). I am familiar with the facts herein and make this declaration from my own personal knowledge.

  2.  Attached hereto as **Exhibit "A"** is a true and correct copy of Plaintiff's Amended Complaint [Dkt. No. 11], dated July 17, 2019.  The Amended Complaint has a copy of the photograph at issue in this litigation annexed thereto as its "Exhibit A" [Dkt. No. 11-1] and a partial version of the news article by Townsquare's website, www.xxlmag.com, dated September 10, 2018 that is at issue in this litigation annexed thereto as its "Exhibit C" [Dkt. No. 11-3].

  3.  Attached hereto as **Exhibit "B"** is a true and correct copy of Townsquare's Answer to the Amended Complaint dated July 31, 2019 [Dkt. No. 12].

  4.  Attached hereto as **Exhibit "C"** is a true and correct copy of the entire online news article published by Townsquare dated September 10, 2018, on www.xxlmag.com, entitled "Cardi B Partners With Tom Ford For New Lipstick Shade."

2

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
       August 9, 2019

                                        /s/ Rachel F. Strom
                                        Rachel F. Strom

2