# EXHIBIT C

Cardi B Partners With Tom Ford for New Lipstick Shade - XXL



Think you know your judge? Think again.

DOWNLOAD YOUR FREE JUDGE REPORT


LexisNexis®

NEWS | MUSIC | VIDEOS | FEATURES | LISTS | LIFESTYLE | FRESHMAN | SHOP

**TRENDING:**   DREAMVILLE COVER STORY | TYLER, THE CREATOR IS GOING ON TOUR | BHAD BHABIE HOSPITALIZED | R. KELLY HAS MORE SEX TAPES

WARRIORS WANTED   TAKE ACTION ›

U.S.ARMY®





# CARDI B PARTNERS WITH TOM FORD FOR NEW LIPSTICK SHADE

Nick Mojica | September 10, 2018

Dimitrios Kambouris / Getty Images

SPECIAL F

CEDAR PU
NEW FREE

Thin
you
Thin

DOWNLO
FREE JUI

SHARE ON TWITTER

SHARE ON FACEBOOK

**Cardi B** is having a busy **2018 New York Fashion Week**. After **allegedly getting into a fight with Nicki Minaj**, the *Invasion of Privacy* rapper is now getting her own shade of lipstick from Tom Ford.

The Tom Ford Beauty brand broke the news on Sunday (Sept. 9), posting an image of the bold blue shade and Cardi's name on Instagram. "Meet Cardi. #TFBOYSANDGIRLS #TFLIP #TOMFORDBEAUTY," the caption of the post reads.

Cardi also celebrated the news on IG, re-posting the Tom Ford post and adding, "Thank you so much @tomford and @tomfordbeatuy!!! So excited for this and what's to come."

RECOMME





Cardi B Partners With Tom Ford for New Lipstick Shade - XXL

-ADVERTISEMENT-



Just the latest shade in Tom Ford's Lips & Boys collection, the new Cardi shade follows the brand's trend of naming lipsticks after other celebrities such as Julianne [Moore], Dakota [Johnson] and Naomi [Campbell]. There's no word yet when the lipstick inspired by Cardi will be released.

As expected, the decision to name a lipstick after Cardi following the New York Fashion Week incident has led to a heated debate on the original Instagram post. While some fans were excited about the upcoming product, other's felt that Cardi doesn't deserve to have a lipstick named after her.

But Cardi doesn't seemed to bothered by that. In another Instagram post, the rapper claimed the upcoming lipstick has already sold out, adding, "Sorry :/....."

In footage from the fight, the "**Be Careful**" rapper can be seen throwing a shoe in the direction of someone, although it's hard to make out if it's actually Minaj. Cardi can also be heard yelling at someone for talking about her daughter, Kulture. "Write some shit about my daughter again," Cardi says.

While it was reported that Bardi's fight was with the *Queen* artist, Cardi reportedly ended up fighting former *Love & Hip Hop: New York* star Rah Ali.

Check out the Tom Ford Instagram post below.



tomfordbeauty
277.8k followers     View Profile



'RHOA' Star
Nida Releas
Prison



Nipsey Huss
Marathon C
Store Close
Doors

GE

Email A

🔊 **HOT HEA**

Tracy Morg
NYPD Witne

David Easo
Camera Rol

Conor McG
Rematch, K

Donald Trur
'Nasty' Com

Andy Ruiz (
Gotta Get J

John Single
Finale, Baby

Linda Fairst
Members W

Aaron Rodg
Stafford & 1

'Shark Tank
Bring Jay-Z

Guess Who



# CARDI

View More on Instagram

**53,703 likes**
**tomfordbeauty**

Meet Cardi. #TFBOYSANDGIRLS #TFLIP #TOMFORDBEAUTY
view all 9,036 comments

Add a comment…

---

**iamcardib**
45.2m followers                                          View Profile

TOM FORD BEAUTY **tomfordbeauty**                                          • • •

# CARDI

♡  ○  ◁                                                    ⊓

Liked by **flongala, iamphreshy** and **3,971 others**
**tomfordbeauty** Meet Cardi. #TFBOYSANDGIRLS #TFLIP
#TOMFORDBEAUTY

View More on Instagram

**1,960,204 likes**
**iamcardib**

Thank you so much @tomford and @tomfordbeauty!!! So excited for this and what's to come!!
view all 37,161 comments

Add a comment…

Case 1:19-cv-04958-VSB   Document 16-3   Filed 08/09/19



**iamcardib**
45.2m followers

View Profile



View More on Instagram

**2,475,163 likes**
**iamcardib**

Sorry:/.....
view all 43,760 comments

Add a comment...

**See Cardi B's Different Looks in 2018**





**Image** 1 of 5                                                    Getty Images

---

**Filed Under:** Cardi B

**Categories:** News

| Comments ▼ | LEAVE A COMMENT |
|---|---|

▲
**BACK TO TOP**



INFORMATION

The XXL Network

Contact Us

FOLLOW US

  

Advertise

Privacy

© 2019 XXL Mag is part of the The XXL Network, Townsquare Media, Inc. All rights reserved.