**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
REBECCA FAY WALSH,

                        Plaintiff,                           19 **CIVIL** 4958 (VSB)

          -against-                                        **JUDGMENT**

TOWNSQUARE MEDIA, INC.,
                              Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Opinion and Order dated June 1, 2020, Defendant's motion is granted and

this action is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
        June 2, 2020

                                        **RUBY J. KRAJICK**
                                    _____
                                      **Clerk of Court**
             **BY:**
                                      _____
                                        **Deputy Clerk**