

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Rachel Strom**
212-402-4069 tel
212-379-5244 fax

RachelStrom@dwt.com

May 13, 2022

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.  05/16/22

As this action has already been terminated, rather than entering the requested order, it is hereby ORDERED that, within 30 days of this Order, the parties may notify me that they intend to resume the proceeding for attorneys' fees.

**BY ECF**
Honorable Vernon S. Broderick
United States District Court for the
 Southern District of New York
40 Foley Square, Room 518
New York, NY 10007

**Re:**   *Walsh v. Townsquare Media, Inc.*, **1-19-CV-04958 (VSB)**

Dear Judge Broderick:

This firm represents Townsquare Media, Inc. ("Townsquare"), the defendant in the above-referenced action.

This letter is to advise the Court that the parties have reached an agreement in principle as to Townsquare's motion for attorneys' fees (Dkt. No. 29) pending their negotiation of a written settlement agreement. The parties, therefore, respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs, but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted a stipulation of dismissal by such time.

The parties further request that the Court adjourn all deadlines in this action, including the date for Townsquare to submit materials requested by the Court in connection with its aforementioned motion for attorneys' fees (Dkt. No. 50), *sine die*, until such time as the final dismissal is entered or, if not, until Townsquare notifies the Court that the action should be reopened for the purpose of calculating attorneys' fees due Townsquare.

Plaintiff's counsel has consented to the relief sought in this request.

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4858-2476-9055v.1 0093353-000037

May 12, 2022
Page 2

                                        Respectfully submitted,

                                        Davis Wright Tremaine LLP

                                        Rachel Strom

cc: James Freeman, counsel for Plaintiff